## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**ARTHUR E. DAY**                                                        **PLAINTIFF**

**V.**                         **CASE NO. 3:24-CV-3047**

**DARRELL ELKIN; JIM HENRY; and**
**CINDY WILLCUTT**                                                **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 41) filed in this case on January 12, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 30th day of January, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE